

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015.

8/4/2015
RILEY, JAMES EDWARD    Tr. Ct. No. W91-62371-S (A)        WR-83,
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RTS
Discharged
AUG 1 2 2015

UTF

JAMES EDWARD RILEY
COFFIELD UNIT - TDC # 617521
2661 FM 2054
TENNESSEE COLONY, TX 75884

REFUSED _____

UNCLAIMED _____